# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTEZ TALLEY | : CIVIL ACTION |
| v. | : |
| C/O CONSTANZO, C/O BROCCOLIER, DEPT. OF CORRECTIONS and LT. REBER | : NO. 18-5416 |

## ORDER

**NOW,** this 2nd day of July, 2019, upon consideration of the Defendant's Motion to Dismiss (Document No. 14), the plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**.

/s/ TIMOTHY J. SAVAGE J.